DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT COLUMBIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1130

[December 11, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Judge; L.T. Case No. 15012599CF10A.

Carey Haughwout, Public Defender, and Claire V. Madill and Jessica Vega, Assistant Public Defenders, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Robert Columbie appeals his conviction and sentence for grand theft of an automobile. He raises several arguments regarding the conviction which we affirm without further comment. Columbie also argues that the case should be remanded to correct several issues with the costs imposed. We agree and remand the case for the trial court to make the necessary corrections.

After his conviction, Columbie filed a motion pursuant to Florida Rule of Criminal Procedure 3.800(b)(2) with the trial court, requesting the court strike a $300 public defender fee and the additional prosecution costs. The State conceded the costs should be struck in accordance with Columbie's motion. The trial court entered an order granting the motion and indicating that the costs would be corrected. However, the trial court did not issue an amended order correcting the costs and the Clerk of Court's website still lists the inaccurate costs. On remand, the trial court should issue an amended order correcting the costs and an order directing the Clerk of Court to correct the costs on its website. *See Leichty v. Clerk*

*of Circuit Court, Lake Cty.*, 948 So. 2d 47, 48 (Fla. 5th DCA 2007) (stating that the trial court has authority over the Clerk of Court).

*Affirmed and remanded with instructions.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***